IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIE CLIFTON,<br><br>    Defendant.<br>_____/ | No. CR 15-479 CRB<br><br>**ORDER REGARDING REQUEST FOR TRANSCRIPTS** |

Defendant Willie Clifton submitted a letter to the Court asking for "a copy of [his] sentencing transcripts," but neither asserting that Defendant is indigent nor identifying the purpose for which he seeks the transcripts. See Letter (dkt. 84). Defense counsel promptly notified the Court that he has mailed to Defendant copies of Defendant's sentencing transcripts. See Notice (dkt. 85). The Court therefore takes no action in response to Defendant's letter.

**IT IS SO ORDERED.**

Dated: June 8, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE