UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

September 3, 2021



USDC Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

RE:        USA  vs. WILLIE CLIFTON
USDC No.:  2:21-MJ-00134-CKD

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated August 27, 2021, transmitted herewith are the following documents:

**Electronic Documents: 1 to 4**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/ L. Mena-Sanchez
Deputy Clerk

DATE RECEIVED: _____

RECEIVED BY: _____
                      *(Print Name)*

NEW CASE NUMBER: _____

O AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Eastern District of California

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
|---|---|
| V. | DISTRICT |
| WILLIE CLIFTON | Case No. *2:21-mj-134-CKD |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 3:15-cr-0479-001 CRB | 2:21-mj-134-CKD | |

**FILED** Aug 27, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

___ Indictment ___ Information ___ Complaint _X_ Other (specify) TSR Violation Petition

charging a violation of __18__ U.S.C. __3583__

**DISTRICT OF OFFENSE** Northern District of California

**DESCRIPTION OF CHARGES:**
Violations of TSR Release

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: KEITH HOLLAND
Clerk, U.S. District Court
Eastern District of California
By /s/ J. Ymena Sanchez
Deputy Clerk
Dated 9/3/2021

**CURRENT BOND STATUS:**
___ Bail fixed at $_____ and conditions were not met
___ Government moved for detention and defendant detained after hearing in District of Arrest
_x_ Government moved for detention and defendant detained pending detention hearing in District of Offense
___ Other (specify)

| Representation | ___ Retained Own Counsel _x_ Federal Defender Organization ___ CJA Attorney ___ None |
|---|---|
| Interpreter Required? | _X_ No ___ Yes Language:_____ |

**DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| August 27, 2021 | /s/ Carolyn K. Delaney |
|---|---|
| Date | United States Judge or Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
### 501 "I" Street
### Sacramento, CA 95814

September 3, 2021

USDC Northern District of California
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

RE:          USA vs. WILLIE CLIFTON
USDC No.:    2:21-MJ-00134-CKD

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated August 27, 2021, transmitted herewith are the following documents:

**Electronic Documents: 1 to 4**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/ **L. Mena-Sanchez**
Deputy Clerk

DATE RECEIVED: _____

RECEIVED BY: _____
                      *(Print Name)*

NEW CASE NUMBER: _____

